IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JIMMY L. COLLINS | ) |
| | ) |
| v. | ) NO. 3-11–0264 |
| | ) JUDGE CAMPBELL |
| MORTGAGE ELECTRONIC | ) |
| REGISTRATION SYSTEMS, INC., | ) |
| et al. | ) |

ORDER

I hereby recuse myself in this matter.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE