IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JIMMY L. COLLINS, | ) |
| | ) |
| | ) No. 3:11-cv-00264 |
| *Plaintiff*, | ) Judge Nixon |
| | ) Magistrate Judge Knowles |
| v. | ) |
| | ) |
| MORTGAGE ELECTRONIC | ) |
| REGISTRATION SYSTEMS, INC., et al., | ) |
| | ) |
| | ) |
| *Defendants*. | ) |

## ORDER

I hereby **RECUSE** myself in this action. The file shall be returned to the Clerk for reassignment.

It is so ORDERED.

Entered this the 3rd day of May, 2011.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT