IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JIMMY L. COLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:11-0264 |
| | ) | Judge Trauger |
| MORTGAGE ELECTRONIC REGISTRATION | ) | Magistrate Judge Knowles |
| SYSTEMS, INC., MERSCORP, collectively as | ) | |
| MERS, WILSON AND ASSOCIATES, PLLC, | ) | |
| SHELLIE WALLACE, Trustee, and | ) | |
| CITI MORTGAGE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Upon reassignment of this case to Judge Trauger (Docket No. 50), the case shall remain on referral to the Magistrate Judge under the terms of the original referral Order (Docket No. 21). The court notes there are a number of pending motions.

The bench trial will remain set on July 17, 2012 at 9:00 a.m., only the trial will take place before Judge Trauger.

It is further **ORDERED** that the Magistrate Judge shall conduct the pretrial conference and enter a pretrial order. He shall assist the plaintiff with the preparation of subpoenas, discuss exhibits, instructions and all other matters necessary for having the case prepared to be tried on the date set.

The Magistrate Judge has been managing this case. If he considers it appropriate to appoint counsel to represent the plaintiff at trial, he should do so.

1

It is so **ORDERED**.

ENTER this 16th day of May 2011.

                                                  ALETA A. TRAUGER
                                                  U.S. District Judge