UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JIMMY L. COLLINS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:11-0264 |
| | ) | Judge Sharp |
| v. | ) | Magistrate Judge Knowles |
| | ) | |
| MORTGAGE ELECTRONIC | ) | |
| REGISTRATION SYSTEMS, INC., | ) | |
| MERSCORP., collectively as MERS, | ) | |
| WILSON & ASSOCIATES, PLLC, | ) | |
| SHELLIE WALLACE, Trustee, and | ) | |
| CITIMORTGAGE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On June 13, 2011, the Magistrate Judge entered a Report and Recommendation ("R & R") (Docket Entry No. 64), recommending that Plaintiff's Motion for Summary Judgment (Docket Entry No. 27) be denied because Plaintiff did not comply with Local Rule 56.01(b). Despite being specifically advised in the R & R that any objections to the recommended disposition needed to be filed within fourteen days, Plaintiff filed no objections.

Having conducted a *de novo* review of the matter in accordance with Fed. R. Civ. P. 72(b), the Court agrees with the Magistrate Judge's recommendations. Accordingly,

(1) The R & R (Docket Entry No. 64) is hereby ACCEPTED and APPROVED; and

(2) Plaintiff's Motion for Summary Judgment (Docket Entry No. 27) is hereby DENIED because Plaintiff failed comply with Local Rule 56.01(b).

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE